UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THERYN RASHID JONES,<br><br>                    Plaintiff,<br><br>          -against-<br><br>PAMELA S. ROTH,<br><br>                    Defendant. | 23-CV-9831 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. By order dated January 2, 2024, the Court dismissed the complaint, but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. It has come to the Court's attention that the order was not mailed to Plaintiff. The Court directs the Clerk of Court to mail a copy of this order along with a copy of the Court's January 2, 2024 order of dismissal (ECF 5) to Plaintiff at his address of record. The Court grants Plaintiff an extension to time to file an amended complaint. Plaintiff must file any amended complaint within 30 days of the date of this order.

## CONCLUSION

The Court directs the Clerk of Court to mail a copy of this order along with a copy of the Court's January 2, 2024 order of dismissal (ECF 5) to Plaintiff at his address of record.

The Court grants Plaintiff an extension to time to file an amended complaint. Plaintiff must file any amended complaint within 30 days of the date of this order. If Plaintiff does not file

an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter judgment in this action for the reasons stated in the Court's January 2, 2024 order.

SO ORDERED.

Dated:   February 15, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge