UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THERYN RASHID JONES,

                Plaintiff,

    -against-

PAMELA S. ROTH,

                Defendant.

23-CV-9831 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 2, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 29, 2024
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge